**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 535 EAL 2018
: 
Respondent   :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
v.   :
:
:
BRUCE MURRAY,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.